IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| STEPHEN DREW DELOACH, | * |
| Plaintiff, | * |
| vs. | *  CIVIL ACTION NO. CV-05-339 |
| RACHEL ELIZABETH SAVIN, | * |
| Defendant. | * |

## NOTICE OF REMOVAL

TO:  Ms. Corinne T. Hurst, Clerk
Lee County Circuit Court
2311 Gateway Drive
Opelika, Alabama 36801

J. Michael Williams, Sr.
Attorney For Plaintiff
Post Office Box 1068
Auburn, Alabama 36831

PLEASE TAKE NOTICE that the Defendant in this case, Rachel Elizabeth Savin, has this date filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

Done this 15th day of June, 2005.

_____
ALEX L. HOLTSFORD, JR.  (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

J. Michael Williams, Sr.
Attorney For Plaintiff
Post Office Box 1068
Auburn, Alabama 36831

This the 15th day of June, 2005.

_____
OF COUNSEL