IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 AUG -2 P 3: 52
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| STEPHEN DREW DELOACH, | * |
| Plaintiff, | * |
| | * |
| vs. | *   CASE NUMBER: 05-CV-573-F |
| | * |
| RACHEL ELIZABETH SAVIN, | * |
| Defendant. | * |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), the parties to this action conferred on July 29 2005 and are in agreement to the conditions contained herein. Those participating in this conference were:

Michael Williams, Sr., on behalf of Stephen Drew Deloach; and

Jeffrey G. Hunter, on behalf of Rachel Elizabeth Sevin.

## PRE-DISCOVERY DISCLOSURES

The parties agree to exchange the initial disclosures required by Fed.R.Civ.P. 26(a)(1) on or before August 12, 2005.

## DISCOVERY PLAN

The parties jointly propose to the Court the following discovery plan:

1. Discovery will be needed on the following subjects:
   a. Plaintiff's claimed injuries and damages, liability of the defendant, and all matters set forth in any pleadings.

2. All discovery will be completed by March 1, 2006.

3. A maximum of 50 interrogatories, by each party to any other party, with responses due thirty days after service.

4. A maximum of 25 requests for production by each party to any other party, with responses due thirty days after service.

5. A maximum of 25 requests for admission by each party to each other party, with responses due thirty days after service.

6. A maximum of 5 depositions by each party.

7. Each deposition shall be limited to three hours unless extended by agreement of parties.

8. Reports from retained experts under Rule 26(a)(2) will be due from the plaintiffs on or before January 1, 2006.

9. Reports from retained experts under Rule 26(a)(2) will be due from the defendants on or before February 1, 2006.

## OTHER ITEMS

10. The parties do not request a conference with the court prior to the entry of the scheduling order.

11. The plaintiff should be allowed until November 1, 2005 to amend the pleadings and to join additional parties.

12. The defendants should be allowed until November 15, 2005 to amend the pleadings and to join additional parties.

13. All potentially dispositive motions must be filed on or before February 1, 2006.

14. Settlement is unlikely at this time due to disputes concerning liability.

15. Pursuant to Fed.R.Civ.P. 26 (a)(3), final lists of evidence that the parties intend to present at trial, including a list of all witnesses and exhibits to be presented, are due:
    (i) from all parties by 14 days prior to trial;
    (ii) parties shall have 5 days after service of these final lists of evidence to present objections and list rebuttal witnesses.

16. The parties request a pretrial conference in April of 2006.

17. This case should be ready for trial by May 1, 2006, and is expected to take approximately 2 days.

---

Alex L. Holtsford, Jr.(HOL048)
Jeffrey G. Hunter (HUN028)
Attorneys for Rachel Elizabeth Sevin

J. Michael Williams
Attorney for Stephen Drew Deloach

OF COUNSEL:
Nix Holtsford Gilliland
Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
334-215-8585

OF COUNSEL:
Post Office Box 1068
Auburn, Alabama 36831
334-705-0200