IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

STEPHEN DREW DELOACH, }
}
Plaintiff, }
Vs. }
} CASE NO: 3:05-cv-573-MEF
RACHEL ELIZABETH SAVIN, }
}
Defendant. }

## PLAINTIFFS REPORT CONCERNING SETTLEMENT CONFERENCE

1. Plaintiffs attorney is responding to that Order of the Court dated January 27th, 2006, in regard to his failure to file this report earlier, pursuant to the Scheduling Order. This attorney apologizes for this oversight and does submit this report.
2. A. The attorneys for the parties had a face to face Settlement Conference, in an effort to settle this case on November 22nd, 2005. The attorneys present at that time were Attorney Williams for the Plaintiff and Attorney Jeff Hunter for the Defendant. No settlement was reached. However, there was an exchange of offers and recognition that additional information needed to be provided.
   B. There were numerous telephone conversations between both Attorney Holtsford, Attorney Hunter, and Attorney Williams through the Christmas holidays and up until now concerning a possible settlement. Further discovery of documents and personnel records have been necessary in order to reach a final resolution of this case, hopefully.
   C. There was another face to face conference between Attorney Hunter and Attorney Williams on January 30th, 2006. A settlement was not reached.

3. During these negotiations, the attorneys have been attempting to set up mediation. The parties believe that mediation would assist them in resolving this case short of Trial. The attorneys have now been able

1

to schedule mediation on March 16th, 2006, with Attorney Phil Adams, of the law firm of Adams, Umbach, Davidson & White, LLP, of Opelika, Alabama. Attorney Adams is an experienced mediator and provides this service to a number of attorneys in East Alabama. The March 16th, date was the first date available with Attorney Adams.

RESPECTFULLY SUBMITTED,

s/J. Michael Williams, Sr.
Hon. J. Michael Williams, Sr., WIL103
Attorney for the Defendant
P. O. Box 1068
Auburn, Al 36831-1068/334-705-0200

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Hon. Jeffery Hunter & Hon. Alex Holtsford, et al by placing a copy of same in the United States Mail, postage prepaid at the following address, P. O. Box 4128, Montgomery, Al 36103-4128 & is being attempted by way of the internet at jhunter@nixholtsford.com. Similarly, the Plaintiffs attorney is attempting to file this with the Clerk via the internet also in addition to sending a paper copy to the Clerk.

Done this the ____2____, day of FEBRUARY, 2006.

s/J. Michael Williams, Sr.
J. MICHAEL WILLIAMS, SR.

2