IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 APR -7  A 10: 07

| | | |
|---|---|---|
| STEPHEN DREW DELOACH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NUMBER: 05-CV-573-F |
| | * | |
| RACHEL ELIZABETH SAVIN, | * | |
| | * | |
| Defendant. | * | |

**STIPULATION OF DISMISSAL**

COME NOW all parties to this matter and stipulate that the entirety of this case has been settled, by compromise settlement, and is due to be dismissed, with prejudice, with each party to bear his or her own costs and expenses.

/s/ J. Michael Williams, Sr.
J. MICHAEL WILLIAMS, SR.
Attorney For Plaintiff

OF COUNSEL:
J. Michael Williams, Sr.
2400 Frederick Road
Opelika, Alabama 36801
(334)705-0200

/s/
ALEX L. HOLTSFORD, JR.
JEFFREY G. HUNTER
Attorney's for Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
  HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103
(334) 215-8585